IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00644-BNB

ANTONIO SALDANA,

      Plaintiff,

v.

LAMAR HOUSING AUTHORITY, and
KIM FORNIER, In her Official Capacity as Executive Director of the Lamar Housing
      Authority

      Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED March 5, 2014, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge