# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00644-RBJ

**ANTONIO SALDANA**

       Plaintiff,

v.

**LAMAR HOUSING AUTHORITY**, and

**KIM FOURNIER** in her official capacity as Executive Director of the
**LAMAR HOUSING AUTHORITY**,

       Defendants

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter having come before this Court on the Stipulated Motion for Dismissal With Prejudice of Claims asserted against **LAMAR HOUSING AUTHORITY**, and **KIM FOURNIER** in her official capacity as Executive Director of the **LAMAR HOUSING AUTHORITY** by **ANTONIO SALDANA**, the Court, having reviewed the Motion and being fully advised in the premises, **GRANTS** the Motion and **ORDERS** that all claims asserted against Lamar Housing Authority and Kim Fournier are dismissed with prejudice. All parties are to bear their own costs and attorney's fees.

So ordered this 5th day of January, 2015.

                                            By the Court

                                            Judge R. Brooke Jackson
                                            United States District Judge